IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | CASE NO. 4:16CR00130-01 SWW |
| | * | |
| NICCO M. ALLS | * | |

**ORDER**

On February 24, 2021, the Court held a hearing on the United States' superseding motion [ECF No. 46] to revoke the supervised release previously granted Defendant. Defendant was present at the hearing via video from the Green County Detention Facility, and he verbally agreed to appear by video. Also present was Defendant's attorney, J. Blake Hendrix, and Assistant United States Attorney Kristin Bryant for the Government. Based upon the statements of counsel and admissions of defendant, the Court found that Defendant has violated the conditions of supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted Defendant be, and it is hereby, ***REVOKED***, and the government's superseding motion to revoke [ECF No. 46] is **GRANTED**. The original motion to revoke [ECF No. 42] and first superseding motion [ECF No. 45] are **MOOT**.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of *SIX (6) MONTHS* in the custody of the Bureau of Prisons (BOP), with *NO SUPERVISED RELEASE TO FOLLOW*.  The Court recommends that Defendant be incarcerated as close as possible to Northeast Arkansas, near his family.

The defendant is remanded to the custody of the United States Marshal Service.

IT IS SO ORDERED THIS 25TH   DAY OF FEBRUARY, 2021.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE